Donald Schneider, a Minor, by Julia Schneider, his Mother and Next Friend, and William Schneider (Donald Schneider, Counter Defendant-Appellant), v. Daisy Lee Russell, Administratrix of the Estate of Vaughn H. Russell, Deceased, Counter Plaintiff-Appellee.

Gen. No. 11,499.

Second District, Second Division.

September 12, 1961.

Knoblock & Ott, of Peoria, for appellant; John C. Parkhurst, of Peoria, for appellee. Opinion by JUDGE CROW. Not to be published in full.